# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 4, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132405
& (16)

RANDAZZO MECHANICAL HEATING
& COOLING, INC.,
           Plaintiff-Appellee,

v

VINCENT DILORENZO and ANGELA
TINERVIA, d/b/a D & T CONSTRUCTION,
           Defendants-Appellants.

SC: 132405
COA: 269438
Macomb CC: 05-004843-AV

_____/

      On order of the Court, the application for leave to appeal the September 29, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The motion for sanctions is DENIED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 4, 2007

                        Clerk

11218